UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| HAYNES MORRISON, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 1:20-cv-02902-SEB-DML ) |
| CHILDREN'S BUREAU, INC., | ) ) |
| Defendant. | ) ) |

## JUDGMENT

The Court having this day made its Order directing the entry of final judgment, the Court now enters FINAL JUDGMENT.

Judgment is entered in favor of Defendant and against Plaintiff. Plaintiff shall take nothing by her complaint and this action is terminated.

Date: _____9/22/2022_____

_SARAH EVANS BARKER, JUDGE_
United States District Court
Southern District of Indiana

Distribution:

Vincent P. Antaki
REMINGER CO. LPA (Indianapolis)
vantaki@reminger.com

Amber K. Boyd
AMBER K. BOYD ATTORNEY AT LAW
amber@amberboydlaw.com

1